PETER A. STROTZ, Bar No. 129904
  pstrotz@filicebrown.com
OLIVER Q. DUNLAP, Bar No. 225566
  odunlap@filicebrown.com
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, Suite 1800
Oakland, California  94612-3520
Telephone:   510.444.3131
Facsimile:     510.839.7940

Attorneys for Defendants
ASTRAZENECA LP and
ASTRAZENECA PHARMACEUTICALS LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| LISA SAUNDERS, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, MCKESSON CORPORATION,<br><br>                    Defendants. | Case No. 4:09-cv-04148-CW<br><br>**ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REQUESTING STAY OF SEROQUEL CASES PENDING FINALIZATION OF SETTLEMENT AGREEMENT** |

Having considered the parties' Motion for Administrative Relief requesting requesting stay of the Seroquel cases pending finalization of the settlement agreement, PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties will be required to provide the Court with a joint update as to settlement progress by Wednesday December 15, 2010, and if the cases have not settled a case management conference will be held on Tuesday, January 25, 2010.  The pending motion to remand in this case [Docket No. 9] is denied without prejudice to refiling if the settlement is not completed.

Signed this <u>22nd</u> day of <u>September</u>, 2010 at Oakland, California.

_____
Judge of the United States District Court

04367 35044 ODUNLAP  637965.1

**[PROPOSED] ORDER**
**UNITED STATES DISTRICT COURT CASE NO. 4:09-CV-04148-CW**