**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
| Plaintiffs, | ORDER ADDRESSING FUTURE DATES |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| ════════════════════════════════════/ | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| ════════════════════════════════════/ | |
| ANGEL COLON, et al., | No. C 09-4158 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| ════════════════════════════════════/ | |
| MARK COFFEY, et al., | No. C 09-4161 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| ════════════════════════════════════/ | |

DAMON BROWN, et al.,                         No. C 10-0288 CW

      Plaintiffs,

    v.

ASTRAZENECA, LP, et al.,

      Defendants.
_____/

DENNIS O'BRIEN, et al.,                      No. C 10-0289 CW

      Plaintiffs,

    v.

ASTRAZENECA, LP, et al.,

      Defendants.
_____/

On January 9, 2013, the Court granted the Miller Firm's motion to withdraw as counsel for Plaintiff Lynus Stewart. Thereafter, pursuant to Court order, counsel provided Mr. Stewart with a copy of the Court's order and with notice that the Court had granted the motion to withdraw and that he was required to attend the February 14, 2013 case management conference in person or through new counsel, or his case would be dismissed for failure to prosecute. See Docket No. 80 in Case No. 10-289. Mr. Stewart did not appear at the February 14, 2013 case management conference in person or through new counsel. Accordingly, the Court DISMISSES his claims without prejudice for failure to prosecute.

At the February 14, 2013 hearing, the Court granted the Miller Firm's motion to withdraw as counsel for Plaintiff Miguel Porto. Pursuant to Civil Local Rule 11-5, withdrawal is subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until Mr. Porto appears by other counsel or pro se. The Court directs the Miller Firm to

2

1  provide a copy of this Order to Mr. Porto, along with notice that

2  the Court has granted the motion to withdraw, subject to the

3  condition specified above, that a case management conference will

4  be held before this Court on March 21, 2013 at 2:00 p.m. and that

5  he must attend in person or through new counsel, or his case will

6  be dismissed for failure to prosecute.  The Miller Firm shall

7  serve these documents on Mr. Porto within three days of the date

8  of this Order and by that date shall also file a declaration

9  attesting that it has done so.

10      At the February 14, 2013 case management conference, the

11 Court extended until March 14, 2013 the deadline for Plaintiffs

12 Annie Bootie, Bill Boury, Rosemary Camacho, Daniel Anderson, and

13 Sam Sapienza to finalize their settlements.  By March 14, 2013,

14 Plaintiffs' counsel is directed to file a case management

15 statement setting forth the current status of each remaining

16 Plaintiff.

17      The Miller Firm and counsel for Defendants are granted leave

18 to appear by telephone at the March 21, 2013 case management

19 conference.

20      IT IS SO ORDERED.

21

22 Dated:  2/19/2013

        CLAUDIA WILKEN
        United States District Judge

23

24

25

26

27

28

3