PETER A. STROTZ, Bar No. 129904
pstrotz@kslaw.com
OLIVER Q. DUNLAP, Bar No. 225566
odunlap@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone:    415-318-1200
Facsimile:    415-318-1300

Attorneys for Defendant
ASTRAZENECA LP AND ASTRAZENECA
PHARMACEUTICALS LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| LISA SAUNDERS, et al.,<br>        Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>        Defendants. | Case No. 4:09-cv-04148-CW |
| CYNTHIA ARNOLD, et al.,<br>        Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>        Defendants. | Case No. 4:09-cv-04157-CW |
| ANGEL COLON, et al.,<br>        Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>        Defendants. | Case No. 4:09-cv-04158-CW |
| DAMON BROWN, et al.,<br>        Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>        Defendants. | Case No. 4:10-cv-00288-CW |

1

**[PROPOSED] STIPULATED ORDER GRANTING OUTSTANDING DISMISSALS**

| | |
|---|---|
| DENNIS O'BRIEN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>                    Defendants. | Case No.  4:10-cv-00289-CW |

**[PROPOSED]** **STIPULATED ORDER GRANTING OUTSTANDING DISMISSALS**

**WHEREAS** the parties have previously filed stipulated dismissal with prejudice for plaintiffs Annie Bootie (in Case No. 4:09-cv-04157-CW), Rosemary Camacho (in Case No. 4:10-cv-00288-CW), Daniel Anderson and Bill Boury (in Case No. 4:09-cv-04158-CW), and Sam Sapienza (in Case No. 4:09-cv-04148-CW) on March 14, 2013, as well as for plaintiff Eric Negray (in Case No.  4:10-cv-00289-CW) on May 9, 2013; and

**WHEREAS** this court has previously ORDERED the dismissal with prejudice of similarly stipulated plaintiffs in the above-listed actions;

**IT IS ORDERED**, good cause existing, for the benefit of the Court, the parties, and witnesses, in furtherance of the interest of justice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all Stipulated Dismissals with Prejudice as to Certain Plaintiffs previously filed by the parties in the above-listed actions are **GRANTED**.  Specifically, the claims of plaintiffs Annie Bootie (in Case No. 4:09-cv-04157-CW), Rosemary Camacho (in Case No. 4:10-cv-00288-CW), Daniel Anderson and Bill Boury (in Case No. 4:09-cv-04158-CW), Sam Sapienza (in Case No. 4:09-cv-04148-CW) and Eric Negray (in Case No.  4:10-cv-00289-CW) are hereby dismissed with prejudice, thereby resolving all the above cases.

DATED:  July 1, 2013

By: _____
Judge U.S. District Court
Northern District of California

**[PROPOSED]** **STIPULATED ORDER GRANTING OUTSTANDING DISMISSALS**

DMSLIBRARY01:21123896.1